# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF PREFERRED MATERIALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> QBS, INC.; FEDERAL INSURANCE COMPANY, and ARCO, INC., <br><br> Defendants. | Case No. CV414-207 |

## ORDER

On December 4, 2014, the Court stayed these proceedings pending arbitration. Doc. 20. Given the inactivity since, the Clerk shall **ADMINISTRATIVELY CLOSE** this case without prejudice to the right of any party with standing to reopen it. *See, e.g., In re Heritage Southwest Medical Group PA*, 464 F. App'x 285, 287 (5th Cir. 2012) ("administrative closure does not have any effect on the rights of the parties and is simply a docket-management device.").

**SO ORDERED,** this 3rd day of April, 2015.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA